UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.                                                  No. 1:13-CV-00099

AN EASEMENT AND RIGHT-OF-WAY
OVER 3.16 ACRES OF LAND, MORE
OR LESS, IN HICKMAN COUNTY,
TENNESSEE, and
TIMOTHY P. JOHNSTON, ET AL.,
Defendants.

## MOTION FOR ENTRY OF A CONSENT JUDGMENT AND ORDER DISBURSING FUNDS

As shown by the signatures of the parties on the attached proposed Judgment and Order

Disbursing Funds (proposed Judgment), the parties have settled this action. In implementation

of the settlement, on November 1, 2013, Plaintiff sent the Clerk of this Court by Federal Express

a check for the additional deposit required by the proposed Judgment and a form which contains

the payee's federal tax identification number and mailing address (for the Financial

Administrator's use). Plaintiff has confirmed that said additional deposit and form were

delivered to the Clerk's office.

In light of the foregoing, Plaintiff moves that the Court enter the attached proposed

Judgment, which has been signed by all parties in this action and is submitted pursuant to

paragraph 5.08 of this Court's Administrative Practice and Procedures for Electronic Case

Filings.

1